Empire Process Service, Inc.
2020 Avenue R, Suite 311
Brooklyn, NY 11229
Tel.: (718) 449-5300

CASE # DOT CONSTRUCTION

**U.S. DISTRICT COURT OF THE STATE OF NY**

COUNTY OF <u>SOUTHERN DISTRICT</u>

INDEX NO.: 08 CIV. 0579

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING
INDUSTRY INSURANCE AND ANNUITY FUNDS          *Plaintiff(s)*
                          against
DOT CONSTRUCTION OF N.Y., INC. AND             *Defendant(s)*
BEATRICE ORTEGA, INDIVIDUALLY

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF KINGS ss.:

LOAI F. SARSOUR being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in The State of New York

That on 03/06/08 7:25 PM at 764 BRADY AVENUE, APT. 631 BRONX, NY 10462 deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT bearing Index# 08 CIV. 0579 & filing date 01/23/08 on BEATRICE ORTEGA defendant therein named.

**INDIVIDUAL** ☐ by delivering thereat a true copy of each to said defendant personally; deponent knew said person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.

**CORPORATION** ☐ a _____, by delivering thereat a true copy of each to _____ personally; deponent knew said _____ so served to be the _____ described as the named defendant and knew said individual to be the _____ thereof.

**SUITABLE AGE PERSON** ☐ by delivering thereat a true copy of each to _____ a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant's and the reply was affirmative.

**AFFIXING TO DOOR, ETC.** ☒ by affixing a true copy of each to the door of said premises, which is defendant's dwelling house within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having verified defendant's dwelling house with NEIGHBOR and having called there on 2/19/08 @ 3:15PM, 2/20/08 @ 6:54PM AND 2/21/08 @ 7:25AM

**MAILING** ☒ Mailed on 03/07/08 BY FIRST CLASS MAIL MAILED IN AN ENVELOPE MARKED PERSONAL & CONFIDENTIAL On 03/07/08 deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant at defendant's dwelling house at 764 BRADY AVENUE, APT. 631 BRONX, NY 10462 and deposited said wrapper in a post office of the United States Postal Service within New York State.

**DESCRIPTION** Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| | | | | | |

**USE IN NYC CIVIL CT.** ☐ Other identifying features: _____
The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

**MILITARY SERVICE** ☒ I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON 03/12/08

PARAM MAROLA
NOTARY PUBLIC, State of New York
No. 01MA5035621
Qualified in Richmond County
Commission Expires November 14, 2010

BRUCE ANGLIN
NOTARY PUBLIC, State of New York
No. 01AN4988753
Qualified in Kings County
Commission Expires November 18, ___

LOAI F. SARSOUR
LICENSE NO. 1133309