UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,   )
  )   Index No.: 08-CIV-0579 (SCR)
  )
            Plaintiffs,   )   REQUEST FOR ENTRY
  )   BY DEFAULT JUDGMENT
    -against-   )
  )
DOT CONSTRUCTION OF N.Y., INC and   )
BEATRICE ORTEGA, Individually,   )
  )
  )
            Defendant.   )

*U.S. DISTRICT COURT FILED APR -1 2008 S.D. W.F. OF N.Y.*

---

TO:   Clerk of the United States District Court for the
      Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, Dot Construction of N.Y., Inc. and Beatrice Ortega, Individually, having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiff, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds and against the Defendant, Dot Construction of N.Y., Inc. and Beatrice Ortega, Individually, in the sum of $528,942.12, which includes the principal amount due, late charges, liquidated damages, interest, attorney's fees, auditors' fees, court costs and disbursements.

Dated: Elmsford, New York
       March 31, 2008

*[signature]*
Dana L. Henke, Esq. (DLH3025)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515