UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS, )
) Index No.: 08-CIV-0579 (SCR)
)
Plaintiffs, ) DEFAULT JUDGMENT
)
-against- )
)
DOT CONSTRUCTION OF N.Y., INC. and )
BEATRICE ORTEGA, Individually, )
)
)
Defendant. )

---

This action having been commenced on January 23, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant Dot Construction of N.Y., Inc. and Beatrice Ortega, Individually, via Secretary of State on January 28, 2008 and Personal Service on March 6, 2008 and said Proof(s) of Service having been filed with the Clerk of the Court on March 20, 2008 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against defendant(s) in the liquidated amount of Five Hundred Twenty Eight Thousand Nine Hundred Forty Two Dollars and Twelve Cents ($528,942.12), which includes the following: Benefit Fund Contributions due and owing in the sum of $383,633.05 for the period January 1, 2001 through to April 30, 2004 and June 1, 2004 through April 30, 2005; liquidated damages calculated at 10% of the principal amount owed to the ERISA Benefit Funds in the sum of $38,363.31; interest calculated at prime per annum in the sum of $99,547.75; Late Charges for the period January 1, 2002 through December 31, 2004 and April 1, 2006 through June 30, 2006 in the

amount of $2,918.01; attorneys' fees in the sum of $2,000.00; auditors' fees in the sum of $2,050.00; and court costs and disbursements of this action in the sum of $430.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiff's be entered as a final judgment against Defendants and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
       *April 2*     2008

So Ordered:

_____
Honorable Stephen C. Robinson, U.S.D.J.